**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**DEONDRAY JOHNSON**                                            **PETITIONER**

**v.**                                            **No. 1:06CV20-D-D**

**CHRISTOPHER EPPS, ET AL.**                              **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated February 12, 2007, and the February 26, 2007, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. In light of this ruling, the court finds that the petitioner's motion for an evidentiary hearing shall be denied. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated February 12, 2007, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is hereby **DENIED.**

3. That the petitioner's February 26, 2007, motion for an evidentiary hearing is hereby **DENIED.**

4. That this case is **CLOSED.**

THIS, the 20th day of March, 2007.

                                                       /s/ Glen H. Davidson
                                                       CHIEF JUDGE